E-Filed: 4/8/09
JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONDALEE MORRIS,** | ) NO. CV 09-2183-GHK(CT) |
| | ) |
| **Petitioner,** | ) |
| | ) **JUDGMENT** |
| **v.** | ) |
| | ) |
| **LARRY SCRIBNER, Warden,** | ) |
| | ) |
| | ) |
| **Respondent.** | ) |
| | ) |
| | ) |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: ___4/7/09___

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE